UNITED STATES of America, Appellant, v. Edgar Roseberry MOWERY, Appellee.

No. 3480.

Circuit Court of Appeals, Fourth Circuit.

June 12, 1933.

J. R. McCrary, U. S. Atty., and Joseph T. Allen, Asst. U. S. Atty., both of Greensboro, N. C.

J. M. Waggoner, of Salisbury, N. C., for appellee.

PER CURIAM.

Case dismissed under rule 20, by agreement of attorneys.

---

UNITED STATES of America, Appellee, v. Carlo SALIBA, Appellant.

No. 84.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

Leo B. Lebovitz, of Brooklyn, N. Y., for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Emanuel Bublick, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

UNITED STATES of America, Plaintiff-Appellee, v. Abraham SOMERMAN, Max Markowitz, Nathan Mansdorf, and William Marks, Defendants-Appellants.

No. 194.

Circuit Court of Appeals, Second Circuit.

Nov. 20, 1933.

Slade & Slade, of New York City, for appellants Abraham Somerman and Max Markowitz.

Sanford H. Cohen, of New York City, for appellants Nathan Mansdorf and William Marks.

George Z. Medalie, U. S. Atty., of New York City (William B. Herlands, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

UNITED STATES of America v. Cliff TATE.

No. 956.

Circuit Court of Appeals, Tenth Circuit.

Sept. 18, 1933.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

W. V. Pryor, of Sapulpa, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.